January 16, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00134-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY AND FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellants

V.

KENNETH F. SANDERS, Appellee

Today the Court heard its own motion to dismiss the appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered January 16, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered Per Curiam.